# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of MICHIGAN

Case Number: 15-CV-11691-MAG-RSW

Plaintiff:
**ALECIA WHEELER**

vs.

Defendant:
**SYNCHRONY BANK**

For:
MORGAN & MORGAN, P.A.
201 North Franklin Street
7th Floor
Tampa, FL 33602

Received by INVESTIGATIVE SERVICES OF TAMPA on the 18th day of May, 2015 at 10:19 am to be served on **SYNCHRONY BANK, 170 WEST ELECTION ROAD, SUITE 125, DRAPER, UT 84020.**

I, C. D. ANDERSON, being duly sworn, depose and say that on the **18th day of May, 2015 at 11:30 am, I:**

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT WITH LETTER FROM PLAINTIFF'S COUNSEL DATED MAY 13, 2015** with the date and hour of service endorsed thereon by me to BRYCE WELCH as AUTHORIZED LEGAL AGENT of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
BRYCE WELCH

WHITE MALE, 30 YRS OLD, 6'; 175 LBS; BROWN HAIR; NO GLASSES

I am over the age of 21 and have no interest in the above action.

UCA 78B-5-705. I declare under criminal penalty that the foregoing is true and correct.

HEIDI ANDERSON
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 01/01/2017
Commission # 661615

Subscribed and Sworn to before me on the 20th day of May, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

**C. D. ANDERSON**
Private Investigator G101390

**INVESTIGATIVE SERVICES OF TAMPA**
**Po Box 272638**
**Tampa, FL 33688**
**(813) 964-9159**

Our Job Serial Number: AND-2015002090
Ref: 15-1458

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h