UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALECIA WHEELER

          Plaintiff(s),

Case No. 2:15-cv-11691-MAG-RSW

v.

Judge Mark A. Goldsmith

SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK

Magistrate Judge R. Steven Whalen

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Synchrony Bank, f/k/a GE Capital Retail Bank__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: General Electric Company ("GE")
   Relationship with Named Party: Synchrony Bank is a wholly owned subsidiary of GE

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 8, 2015

Alan J. Taylor
_____

P51660
Segal McCambridge Singer & Mahoney, Ltd.
39475 Thirteen Mile Road
Suite 203
Novi, MI 48377
(248) 994-0063
ataylor@smsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALECIA WHEELER,<br>      Plaintiff,<br>v.<br>SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK,<br>      Defendant. | Case No.: 2:15-cv-11691-MAG-RSW<br><br>Hon. Mark A. Goldsmith<br>Magistrate Judge R. Steven Whalen |
| JULIE A. PETRIK<br>LYNGKLIP & ASSOCIATES<br>CONSUMER LAW CENTER, PLC<br>Attorneys for Plaintiff<br>24500 Northwestern Hwy., Ste. 206<br>Southfield, MI 48070<br>Phone: (248) 208-8864<br>Fax:    (248) 208-9073<br>Julie@MichiganConsumerLaw.com<br>AMANDA J. ALLEN (FL 0098228)<br>MORGAN & MORGAN, TAMPA, P.A.<br>Attorneys for Plaintiff<br>One Tampa City Center<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Phone: (813) 223-5505<br>Fax:    (813) 223-5402<br>AAllen@ForThePeople.com | ALAN J. TAYLOR (P51660)<br>SEGAL McCAMBRIDGE SINGER & MAHONEY<br>Attorney for Defendant<br>39475 Thirteen Mile Road, Suite 203<br>Novi, Michigan 48377<br>Phone: (248) 994-0060<br>Fax:    (248) 994-0061<br>ataylor@smsm.com |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 29 2015, a copy of Defendant, Synchrony Bank f/k/a GE Capital Retail Bank's Statement of Disclosure of Corporate Affiliations and Financial Interest was served upon the attorneys of record of all parties to the above cause by electronic filing with the Clerk of the Court using the ECF System which will send notification of such filing to the foregoing. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

          **Segal McCambridge Singer & Mahoney, Ltd.**

          By:   /s/ Alan J. Taylor
                   Alan J. Taylor (P51660)
                   Attorney for Defendant
                   39475 Thirteen Mile Road, #203
                   Novi, MI 48377
                   Tel. (248) 994-0060

Dated: June 29, 2015         ataylor@smsm.com
5671950