UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALECIA WHEELER,

        Plaintiff,　　　　　　　　　　Case No. 15-cv-11691
　　　　　　　　　　　　　　　　　　　　　HON. MARK A. GOLDSMITH
vs.

SYNCHRONY BANK,

        Defendant.
_____/

## ORDER OF ADMINISTRATIVE CLOSURE

Pursuant to a stipulation agreed upon by all parties during a status conference held on August 31, 2015, the parties will proceed to arbitration.  The case will be administratively closed, subject to reopening for the issuance of a judgment or for other good cause.

    SO ORDERED.

Dated: August 31, 2015　　　　　　　　s/Mark A. Goldsmith
      Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge